**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Hardnett, Ortise
    Hardnett, Charlene Jordan
        Debtor(s) : 18-13307

:

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 27th day of October, 2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing SEPTA, Attention Payroll Dept. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

SEPTA, Attention Payroll Dept.
1234 Market
Philadelphia, PA 19107


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Hardnett, Ortise
Hardnett, Charlene Jordan
530 Wales Rd
Havertown, PA 19083


Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106